UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) )<br>) 09-CV-00351 LDW-ARL<br>) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S<br>) MOTION TO REOPEN THE ACTION, |
| v. | ) LIFT THE STAY OF PROCEEDINGS AND<br>) PROVIDE DEFENDANTS ADDITIONAL |
| NICHOLAS COSMO, AGAPE WORLD, INC. and AGAPE MERCHANT ADVANCE LLC, | ) TIME TO FILE AN ANSWER<br>)<br>) |
| Defendants. | ) )<br>) |

**IT IS HEREBY ORDERED THAT** Plaintiff's motion to reopen the action and to lift the stay of proceedings in Docket 09-CV-00351 is GRANTED.

**IT IS FURTHER ORDERED THAT** the Consent Orders of Preliminary Injunction as to Defendants Nicholas Cosmo, Agape World, Inc. and Agape Merchant Advance LLC, approved by this Court on March 24, 2009, for Docket 09-CV-00351, are hereby modified only to lift the stay of proceedings. All other provisions, except for the "Stay of Proceedings" provision, contained in the Consent Orders of Preliminary Injunction shall remain in effect.

**IT IS FURTHER ORDERED THAT** Defendant Nicholas Cosmo shall be provided with twenty-one days from the date of this order to file an answer to the Plaintiff's complaint.

IT IS FURTHER ORDERED THAT Defendants Agape World, Inc. and Agape Merchant Advance LLC shall be provided with thirty days from the date of this order to file answers to the Plaintiff's complaint.

**SO ORDERED,** this _____ day of _____, 2012.

_____
Hon. Leonard D. Wexler, U.S.D.J.