# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) 09-CV-00351 LDW-ARL |
| Plaintiff, | ) ) |
| v. | ) ) |
| NICHOLAS COSMO, AGAPE WORLD, INC. and AGAPE MERCHANT ADVANCE LLC, | ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2012, I filed the following documents electronically via the ECF system which are available for viewing and downloading from the ECF system: (1) a "Request to Enter Certificate of Default of Defendant Nicholas Cosmo;" (2) a "Declaration in Support of Request to Enter Certificate of Default of Defendant Nicholas Cosmo;" (3) Exhibits A through C in support of the "Declaration in Support of Request to Enter Certificate of Default of Defendant Nicholas Cosmo;" and (4) a proposed "Notation of Default of Defendant Nicholas Cosmo."

      In addition, I hereby certify that on July 26, 2012, I served a copy of the above-referenced documents via certified U.S. Mail, postage prepaid, to Defendant Nicholas Cosmo and counsel representing the Bankruptcy Trustee for Defendants Agape World, Inc. and Agape Merchant Advance LLC, addressed as follows:

Nicholas Cosmo, Register No. 49193-053
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

Jay S. Hellman, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

                                                        __s/ Elizabeth C. Brennan____
                                                        Elizabeth C. Brennan