UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. Commodity Futures Trading Commission, | ) | 09 CV 00351 (LDW-ARL) |
| Plaintiff, | ) | |
| v. | ) | **Plaintiff's Notice of Application for Entry of Judgment by Default Against Defendant Nicholas Cosmo With Ancillary Equitable Relief** |
| Nicholas Cosmo, Agape World, Inc. and Agape Merchant Advance LLC, | ) | |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** that the U.S. Commodity Futures Trading Commission (the "Commission") is moving pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for the entry of Judgment by Default and relief including a permanent injunction, civil monetary penalty and other equitable relief against Defendant Nicholas Cosmo.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b) and Federal Rule of Civil Procedure 6(d), any papers opposing the Commission's motion must be served by October 10, 2012. Any reply papers shall be served in accordance with the Local Civil Rules and Federal Rules of Civil Procedure.

**WHEREFORE,** the Commission requests that the Court order the entry of Judgment by Default and partial relief including a permanent injunction, civil monetary penalty and other

equitable relief against Defendant Nicholas Cosmo.

Dated: September 26, 2012
          New York, New York

                Respectfully submitted,
                U.S. COMMODITY FUTURES
                TRADING COMMISSION, Plaintiff

                BY:

                __/s/ Elizabeth C. Brennan____
                Elizabeth C. Brennan
                Senior Trial Attorney
                Steven Ringer
                Chief Trial Attorney
                U.S. Commodity Futures Trading
                Commission
                Division of Enforcement
                140 Broadway, 19th floor
                New York, New York 10005
                (646) 746-9747 (telephone)
                (646) 746-9939 (facsimile)
                ebrennan@cftc.gov
                Counsel for Plaintiff