UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS COSMO, AGAPE WORLD, INC. and AGAPE MERCHANT ADVANCE LLC, <br><br> Defendants. | 09-CV-00351 LDW-ARL |

## CERTIFICATE OF SERVICE

        I hereby certify that on September 26, 2012, I filed the following documents electronically via the ECF system which are available for viewing and downloading from the ECF system:.

1. Plaintiff's Notice of Application for Entry of Judgment by Default Against Nicholas Cosmo with Ancillary Equitable Relief;
2. Plaintiff's Application for Entry of Judgment by Default Against Nicholas Cosmo with Ancillary Equitable Relief;
3. Memorandum of Points and Authorities in Support of Plaintiff's Application for Entry of Judgment by Default Against Nicholas Cosmo with Ancillary Equitable Relief ("Memo of Law";
4. Declaration of Philip D. Rix In Support of Plaintiff's Application for Entry of Judgment by Default Against Nicholas Cosmo with Ancillary Equitable Relief ("Rix Declaration");
5. Exhibits A through G to Rix Declaration; and
6. A Proposed Order for Entry of Judgment by Default with Relief Including a Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief against Defendant Nicholas Cosmo.

        In addition, I hereby certify that on September 26, 2012, I served a copy of the above-referenced documents via certified U.S. Mail, postage prepaid, to Defendant Nicholas Cosmo

and via overnight delivery to counsel representing the Bankruptcy Trustee for Defendants Agape World, Inc. and Agape Merchant Advance LLC, addressed as follows:

Nicholas Cosmo, Register No. 49193-053
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

Jay S. Hellman, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

                                                              s/ Elizabeth C. Brennan
                                                              Elizabeth C. Brennan