# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | 09-CV-00351 LDW-ARL |
| Plaintiff, | ) ) ) |  |
| v. | ) ) ) |  |
| NICHOLAS COSMO, AGAPE WORLD, INC. and AGAPE MERCHANT ADVANCE LLC, | ) ) ) ) |  |
| Defendants. | ) ) |  |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2013, I filed the following documents electronically via the ECF system which are available for viewing and downloading from the ECF system:

1. A letter to the Court dated January 30, 2013 regarding a proposed settlement with Agape World, Inc. and Agape Merchant Advance LLC;
2. A proposed *Consent Order of Permanent Injunction and Other Ancillary Relief Against Agape World, Inc. and Agape Merchant Advance LLC*; and
3. A copy of an *Order (I) Approving the Settlement in the Action Pending in the United States District Court Eastern District of New York Entitled U.S. Commodity Futures Trading Commission v. Nicholas Cosmo, Agape World, Inc. and Agape Merchant Advance LLC, Case No. 09-CV-00351 (LDW)-(ARL) and (II) Authorizing the Trustee to Execute the Consent Order of Permanent Injunction and Other Ancillary Relief Against Agape World, Inc. and Agape Merchant Advance LLC* entered by the Bankruptcy Court on January 28, 2013 in the *In re Agape World, Inc.* Chapter 7 Bankruptcy Proceeding pending in the U.S. Bankruptcy Court for the Eastern District of New York, 09-70660 (DTE.

    In addition, I hereby certify that on January 30, 2013, I served a copy of the above-referenced documents via U.S. Mail, postage prepaid, to Defendant Nicholas Cosmo and via

overnight delivery to counsel representing the Bankruptcy Trustee for Defendants Agape World, Inc. and Agape Merchant Advance LLC, addressed as follows:

Nicholas Cosmo, Register No. 49193-053
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

Jay S. Hellman, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

                                                   __s/_Elizabeth C. Brennan_____
                                                   Elizabeth C. Brennan